IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TAMMI L. BAKER | : | |
| Plaintiff, | : | |
| v. | : | 5:06-CV-155(CAR) |
| JANSSEN PHARMACEUTICA PRODUCTS, L.P., ORTHO-McNEIL, INC., and ALZA CORPORATION, | : | |
| Defendants. | : | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court that Plaintiff wishes to dismiss with prejudice all claims asserted in her Complaint in the above-styled matter and that Defendants consent thereto,

It is hereby ORDERED that this action be DISMISSED WITH PREJUDICE and that all parties assume their own costs.

SO ORDERED, this 21st day of February, 2007.

        **/s/ C. Ashley Royal**
        C. ASHLEY ROYAL, JUDGE
        UNITED STATES DISTRICT COURT